IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02979-WYD-BNB

JORDAN DAVIDSON,

Plaintiff,

v.

BAYER CORPORATION, an Indiana corporation,
BAYER HEALTHCARE LLC, a Delaware corporation,
BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation,
BAYER SCHERING PHARMA AG, a German corporation, and
BAYER AG, a German corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on **The Bayer Defendants' Unopposed Motion to Stay All Activity In the Case** [Doc. # 7, filed 1/8/2010] (the "Motion to Stay"). The Bayer defendants report that this action likely will be a "tag-along" action to In Re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation, MDL 2100, pending in the United States District Court for the Southern District of Illinois. Good cause having thereby been shown:

IT IS ORDERED that the Motion to Stay is GRANTED. This case is STAYED pending further order of the court.

IT IS FURTHER ORDERED that the parties shall file a status report on or before March 1, 2010, informing the court of the status of the transfer of this case to the MDL litigation,

and shall file a status report within fourteen days of any order concerning transfer of this case to the MDL litigation.

Dated January 8, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge